IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLIFFORD L. RUSH,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>ROB JEFFREYS,<br><br>　　　　　　Respondent. | 4:22CV3115<br><br>ORDER |

On April 10, 2025, the Court entered an Order directing Petitioner to either pay the $605.00 appellate filing and docket fees or submit a request to proceed in forma pauperis within 30 days. Filing No. 34. To date, Petitioner has not paid the appellate filing and docket fees or taken any other action in this matter.

IT IS THEREFORE ORDERED that:

1.　Petitioner has not been authorized to proceed in forma pauperis on appeal.

2.　The Clerk of the Court is directed to process Petitioner's appeal to the Eighth Circuit Court of Appeals in accordance with their standard procedures.

Dated this 16th day of May, 2025.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　　　　　　Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge